# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS A. GARCIA, | 1:14-cv-00459-BAM (PC) |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER |
| v. | AND FAILURE TO STATE A CLAIM |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (ECF No. 10) |
| Defendants. | |

Plaintiff Jesus A. Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 31, 2014. Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 5.)

On January 6, 2015, the Court dismissed Plaintiff's first amended complaint with leave to amend within thirty days after service. 28 U.S.C. § 1915A. Plaintiff was warned that if he failed to file a second amended complaint in compliance with the order, this action would be dismissed for failure to obey a court order and failure to state a claim.

The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

Accordingly, pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED based on Plaintiff's failure to state any claims upon which relief may be granted and for failure to obey a court order.  All pending motions, if any, are terminated.

IT IS SO ORDERED.

Dated: **February 13, 2015**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE